UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **MISTY BYRD** | * | **CIVIL ACTION NO. 14-2804** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **THE BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM d/b/a LOUISIANA TECH UNIVERSITY** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Abstain [Doc. No. 7] filed by Defendant The Board of Supervisors for the University of Louisiana System d/b/a Louisiana Tech University is hereby DENIED.

MONROE, LOUISIANA, this 13th day of July, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE